### 10493. JENKINS *v.* LOWREY, for use, etc.

LUKE, J. Jenkins was sued on a promissory note, and admitted a prima-facie case and pleaded payment. The evidence wholly failed to show payment as pleaded, and it was not error for the court to direct a verdict for the plaintiff.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED JULY 17, 1919.

Complaint; from city court of Waynesboro—W. H. Davis. March 4, 1919.

*E. V. Heath,* for plaintiff in error.

*Frank Hardeman,* contra.

---

### 10510. BOHANNON *v.* POAGE.

LUKE, J. 1. On the trial of an issue raised by counter-affidavit to a distress warrant, where the plaintiff testified to a positive agreement as to rental and fixed definitely the amount of rent to be paid, it was not error to refuse to admit his testimony as to what would be a reasonable rental value of the premises rented. The assignment of error in the motion for a new trial does not show that this testimony was offered merely to corroborate other evidence of the plaintiff.

2. The evidence, though conflicting, authorized the verdict, which has the approval of the trial judge, and for no reason assigned did the court err in overruling the motion for a new trial.

> *Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*
> DECIDED JULY 17, 1919.

Distraint; from city court of Newnan—Judge Post. April 7, 1919.

*A. H. Freeman,* for plaintiff.

*W. G. Post,* for defendant.